ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAR 29 2010

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Vernon Apartments, Ltd.

§
§ Case No.: 08-42065-rfn11
§ Chapter No.: 11
§

Debtor(s)

## NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty-one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

U.S. Courthouse, 501 W. Tenth, Room 204, Ft. Worth, TX 76102

to consider and act upon the following:

Motion to dismiss case or Convert under 11 U.S.C. §1112(b)(1) Hearing scheduled 5/6/2010 at 01:30 PM at Ft. Worth, Judge Nelms Ctrm.. Objections due by 4/8/2010. (Ziegler, Elizabeth)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
501 W. Tenth Street
Fort Worth, TX 76102

DATED: 3/19/10

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

3/25/10

*We object to this case being dismissed and request that the company pay us in full for outstanding balance of $1069.18. As of today, we have not received any payments on this account.*

*Thank you,*

*Sharon Standifer*
*Bookkeeper for E & A Services, Inc.*
205-722-9332

067581

1790906764 8012

E & A Services, Inc.
P. O. Box 70550
Tuscaloosa, AL 35407-0550
(205) 345-3800 Phone
(205) 345-3813 Fax

# Statement

| Date |
|---|
| 3/19/2010 |

**To**
Sabine Valley Properties
Malcolm Fleet
4705 Ranch View
Ft. Worth, TX 76109

| Amount Due | Amount Enc |
|---|---|
| $1,069.18 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2006 | Balance forward | | 875.00 |
| | Justin Place Apts/Justin, TX- | | |
| 01/04/2007 | INV #2003-4587. | 875.00 | 1,750.00 |
| 01/16/2007 | PMT | -875.00 | 875.00 |
| | Kensington Square Apts/Mart, TX- | | |
| 02/23/2007 | INV #2003-4696 | 875.00 | 1,750.00 |
| 05/21/2007 | PMT #1180. | -875.00 | 875.00 |
| | King Manor Apts/Ranger, TX- | | |
| 01/04/2007 | INV #2003-4588. | 875.00 | 1,750.00 |
| 01/16/2007 | PMT | -875.00 | 875.00 |
| | Pine Creek Apts/Jacksonville, TX- | | |
| 02/23/2007 | INV #2003-4697 | 875.00 | 1,750.00 |
| 05/21/2007 | PMT #1180. | -875.00 | 875.00 |
| | The Arbors Apts/Vernon, TX- | | |
| 02/22/2008 | INV #FC 74. Finance Charge | 194.18 | 1,069.18 |
| | Timber Ridge Apts/Kirbyville, TX- | | |
| 02/23/2007 | INV #2003-4698. | 875.00 | 1,944.18 |
| 05/21/2007 | PMT #1180. | -875.00 | 1,069.18 |
| | Windsor Square Apts/Giddings, TX- | | |
| 02/23/2007 | INV #2003-4699. | 875.00 | 1,944.18 |
| 05/21/2007 | PMT #1180. | -875.00 | 1,069.18 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 1,069.18 | $1,069.18 |

# E & A Services, Inc.

P. O. Box 70550
Tuscaloosa, AL 35407-0550
(205) 345-3800 Phone
(205) 345-3813 Fax

**Invoice**

| DATE | INVOICE # |
|---|---|
| 11/29/2006 | 2003-4544 |

| BILL TO |
|---|
| Sabine Valley Properties<br>Malcolm Fleet<br>4705 Ranch View<br>Ft. Worth, TX 76109 |

**E&A SERVICES, INC.**
**TAX ID #63-1151137**

| TERMS | Site Location |
|---|---|
| Due on receipt | The Arbors Apts/Vernon, TX |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Site-evaluation, Needs Assessment and Transition Plan | 875.00 | 875.00 |

Thank you for your business.

**Total** $875.00

**Balance Due** $875.00

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 205-345-3800 | 205-345-3813 | sstandifer@comcast.net | www.accessea.com |

E & A Services, Inc.

P. O. Box 70550
Tuscaloosa, AL 35407-0550
(205) 345-3800 Phone
(205) 345-3813 Fax

# Finance Charge

| Date | Invoice # |
|---|---|
| 2/22/2008 | FC 74 |

| Bill To |
|---|
| Sabine Valley Properties<br>Malcolm Fleet<br>4705 Ranch View<br>Ft. Worth, TX 76109 |

| Terms |
|---|
| |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #2003-4544 for 875.00 on 11/29/2006 | 194.18 |

| | |
|---|---|
| **Total** | $194.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $194.18 |