Jeff P. Prostok
State Bar No. 16352500
Julie C. John
State Bar No. 24001834
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
(817) 877-8855
(817) 877-4151 FAX
jprostok@forsheyprostok.com
jjohn@forsheyprostok.com

COUNSEL FOR THE DEBTOR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Vernon Apartments, Ltd. d/b/a The Arbors, | § § § | CASE NO. 08-42065-rfn |
| DEBTOR. | § § § | Chapter 11 |
| | § § | Hearing Set: May 6, 2010 at 1:30 p.m. |

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE RUSSELL F. NELMS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Vernon Apartments, Ltd. d/b/a The Arbors, debtor and debtor-in-possession ("Debtor") and hereby files this Witness and Exhibit List in connection with all hearings scheduled for May 6, 2010:

### WITNESSES

1. Malcolm Fleet

2. Rebuttal witnesses.

3. Any witness designated by any other party.

## EXHIBITS

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 1. | Current Insurance | | | |
| 2. | Monthly Operating Reports through April 2010 | | | |
| 3. | Debtor's Schedules | | | |
| 4. | Rebuttal exhibits | | | |
| 5. | Impeachment exhibits | | | |

The Debtor reserves the right to use any exhibits presented by any other party. The Debtor also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes.

The Debtor reserves the right to amend or supplement this Witness and Exhibit List.

Dated: May 3, 2010

Respectfully submitted,

/s/ Julie C. John
Jeff P. Prostok
State Bar No. 16352500
Julie C. John
State Bar No. 24001834
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151

COUNSEL FOR THE DEBTOR

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing document (without exhibits) was served upon the parties listed below via ECF Electronic Notice, on the 3rd day of May, 2010.

Howard Borg
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

                                                                     /s/ Julie C. John

L:\JJohn\Vernon Apts. #5104\Pleadings\Witness and Exhibit List 5 3 10.doc