U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed May 25, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | CASE NO: | 08-42065-rfn-11 |
| VERNON APARTMENTS | § | | |
| | § | Hearing: | May 6, 2010 |
| Debtors-in-Possession | § | | 1:30 p.m. |

### Order Dismissing Case

Came on for hearing the United States Trustee's Motion to Dismiss Case or Convert to Chapter 7 Under 11 U.S.C. §1112(b) ("Motion" docket no. 70, filed 03/18/2010), and the Court finds that good cause exists to grant the Motion. Based on the findings stated on the record and the Debtor's failure to comply with the Court's directives by May 21, 2010, the Court ORDERS AND ADJUDGES AS FOLLOWS:

1. The United States Trustee's Motion is GRANTED to the extent set forth in this Order;

2. The above-captioned case is DISMISSED; and

3. Any outstanding United States Trustee quarterly fees owed under 28 U.S.C. §1930 must be paid within ten days after entry of this Order.

SO ORDERED AND ADJUDGED.

# # END OF ORDER # # #

**Form of Order Prepared By:**

Elizabeth Ziegler
Lisa L. Lambert
Trial Attorneys
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242
(214) 767-8967

Counsel for the United States Trustee