Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.: 08−42065−rfn11
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vernon Apartments, Ltd.
   dba The Arbors
   Attn: Malcolm Fleet
   4436 Cumberland Road North
   Fort Worth, TX 76116

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   75−1799543

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 5/25/10.

Dated: 5/25/10

                                      Tawana C. Marshall
                                      Clerk, U.S. Bankruptcy Court

                                      BY: Sherri Whitaker
                                      Deputy Clerk